UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-20303-FAM

DOUG LONGHINI,

    Plaintiff,

v.

COUNTRYWALK SHOPS, LLC,
a Florida limited liability company,

    Defendant.

_____/

## **MEDIATION REPORT**

The Mediation in this matter was conducted on October 19, 2020 @1:00 p.m. Via Zoom Video Conferencing. All parties were present and represented by counsel. There was agreement reached between the parties.

        /s/Anthony E. Torrente_____
        Anthony E. Torrente, Esquire
        Florida Bar No. 093644
        2525 Ponce de Leon Boulevard
        4th Floor
        Coral Gables, Florida 33134
        Telephone: (305) 358-7747
        Facsimile: (305) 577-1063
        Email: atorrente@hinshawlaw.com
        *Mediator for the Parties*